IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SMITH,

    Plaintiff,                    No. CIV S-11-1819 LKK GGH PS

    vs.

UNITED STATES,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se and in forma pauperis, has requested that this action be dismissed. Defendants have not yet been served with the complaint. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: October 19, 2011

                                 /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Smith1819.59.wpd